# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

# DIVISION II

| | |
|---|---|
| In the Matter of the Personal Restraint of<br><br>DOMINIQUE JAMAAL STEWART,<br><br>Petitioner. | Nos. 51380-3-II and 56260-0-II<br>(consolidated)<br><br>UNPUBLISHED OPINION |

CRUSER, J.—Dominque Jamaal Stewart seeks relief from personal restraint imposed following his 2011 pleas of guilty to two counts of first degree robbery and one count of second degree manslaughter, crimes he committed when he was 17 years old. He argues that he is entitled to be resentenced under *State v. Houston-Sconiers*, 188 Wn.2d 1, 391 P.3d 409 (2017), *In re Pers. Restraint of Ali*, 196 Wn.2d 220, 474 P.3d 507 (2020), *cert. denied*, 141 S. Ct. 1754 (2021), and *In re Pers. Restraint of Domingo-Cornelio*, 196 Wn.2d 255, 474 P.3d 524 (2020), *cert. denied*, 141 S. Ct. 1754 (2021), so that the trial court can take into account his youthfulness at the time of his crimes. The State concedes that Stewart is entitled to resentencing. Accordingly, we grant Stewart's petition and remand his 2011 judgment and sentence to the trial court for resentencing. We deny Stewart's motion for release pending resentencing.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

Cruser, J.

We concur:

Maxa, P.J.

Veljacic, J.